IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., | Case No. 3:12-CV-00033 |
| Plaintiff, | District Judge Walter Herbert Rice |
| v. | |
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | |
| Defendants. | |

### ORDER AMENDING
### CLAIM CONSTRUCTION BRIEFING SCHEDULE

This matter comes before the Court on the parties' Joint Motion To Amend Claim Construction Briefing Schedule. The Court being fully advised, the parties' motion is GRANTED.

IT IS ORDERED that the parties' responses to the Opening Claim Construction Briefs shall be filed on April 19, 2013.

/s/ [signature]
United States District Judge

1

Agreed to by:

/s/ John D. Luken

/s/ James H. Greer

John D. Luken, Trial Attorney (0013326)
Joshua A. Lorentz (0074136)
Rachael L. Rodman (0073872)
Dinsmore & Shohl LLP
Suite 1900
255 East Fifth Street
Cincinnati, OH 45202
Phone: (513) 977-8200

Attorneys for Plaintiff
Ball Metal Beverage Container Corp.

David Carr Greer, Trial Attorney (0009090)
James H. Greer (0046555)
Bieser, Greer & Landis, LLP
400 PNC Center
6 North Main Street
Dayton, OH 45202
Phone: (937) 223-3277

Dale M. Heist
Aaron B. Rabinowitz
Woodcock Washburn, LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Phone: (215) 568-3100

Attorneys for Defendants
Crown Packaging Technology, Inc. and Crown
Cork & Seal USA, Inc.

9474.205329/412233.1