IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BALL METAL BEVERAGE
CONTAINER CORP.,

      Plaintiff,

vs.

CROWN PACKAGING TECHNOLOGY,
INC. AND CROWN CORK & SEAL USA, INC.

      Defendant.

Case No. 3:12cv033

JUDGE WALTER H. RICE

---

ENTRY SETTING MARKMAN HEARING; DATE SET FOR SUBMISSION
OF AGREED UPON SCHEDULING ORDER FOR MATTERS OTHER THAN
MARKMAN HEARING

---

The captioned cause came on for a scheduling conference on Tuesday, September 10, 2013.

Pursuant to discussions had at the aforementioned scheduling conference, the Markman Hearing is set for 9:00 a.m. on Tuesday, October 22, 2013. Although no live witnesses will be called, the matter being submitted on briefs, counsel wish to argue from the briefs and present to the Court certain history concerning the relationship between the parties that will provide a context for the Court's decision on the Markman matter.

Since all other dates are determined from the Court's decision on the Markman hearing, the parties will submit a joint, mutually agreed upon scheduling order for matters following the Court's decision on the Markman hearing, not later than the close of business on Monday, September 23, 2013.

September 18, 2013

                                        WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record