# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE<br>CONTAINER CORP.,<br><br>     Plaintiff,<br><br>     v.<br><br>CROWN PACKAGING TECHNOLOGY, INC.<br>    And<br><br>CROWN CORK & SEAL USA, INC.,<br><br>     Defendants. | Civil Action No. 3:12-cv-00033 (WHR) |

## STIPULATION

The parties, by and through their respective attorneys, hereby stipulate and agree as follows:

1. The parties stipulate to the accuracy of the factual assertions set forth in paragraphs 3, 5-7, and 9 of the declaration of Richard F. Glennon, Jr., dated July 28, 2014, a copy of which is attached. Ball reserves the right to object to the use of the declaration or any part thereof at trial or otherwise on the basis of relevance, hearsay, or any other objection, and, in the event such objection is sustained, Crown reserves the right to call Mr. Glennon live at trial.

2. Further, the parties stipulate to the authenticity of Attachments A through F to the Glennon declaration. Ball reserves the right to object to the use of Attachments A through F at trial or otherwise on the basis of relevance, hearsay, or any other objection.

Dale M. Heist
Baker Hostetler, LLP
12th Floor Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Phone 215-568-3100

Attorneys for Defendants
Crown Packaging Technology, Inc. and
Crown Cork & Seal, USA, Inc.

Dated: August 1 2014

John D. Luken
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone 513-977-8200

Attorneys for Plaintiff
Ball Metal Beverage Container Corp.

Dated: August 7, 2014