IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., | : | Civil Action 3:12-cv-00033 (WHR) |
| Plaintiff/Counterclaim Defendant, | : | |
| v. | : | |
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | : | |
| Defendants/Counterclaim Plaintiffs, | : | |
| v. | : | |
| REXAM BEVERAGE CAN COMPANY, | : | |
| Counterclaim Defendant. | : | |

## ORDER

Upon the motion of Defendant, for good cause shown, Defendant is hereby granted leave to file documents under seal in connection with Defendants' Responses to Ball and Rexam's Motions for Summary Judgment filed on December 7, 2018.

Date: 12-20-18

_____
Honorable Walter H. Rice
United States District Judge

COPIES TO:

David C. Greer, Trial Attorney, and James H. Greer, Esq., BIESER, GREER & LANDIS, LLP, 400 PNC Center, 6 North Main Street, Dayton, Ohio 45402, Tel. (937) 223-3277, Fax: (937) 223-6339, E-mail: dcg@biesergreer.com, jhg@biesergreer.com, *Attorneys for Defendant Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.*

Dale M. Heist, Esq., John Murphy, Esq., Aaron B. Rabinowitz, Esq., WOODCOCK WASHBURN, LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104, Tel: (215) 568-3100, Fax: (215) 568-3439, *Attorneys for Defendant Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.*

John D. Luken, Esq., and Lawrence R. Elleman, Esq., DINSMORE & SHOHL LLP, 255 E. Fifth Street, 1900 Chemed Center, Cincinnati, OH 45202, Tel: (513) 977-8200, Fax: (513) 977-8141, *Attorneys for Plaintiff Ball Metal Beverage Container Corporation*
205329/718079