IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., | |
| Plaintiff/Counterclaim Defendant, | Civil Action No. 3:12-cv-0033 (WHR) |
| v. | |
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | ' ORDER |
| Defendants/Counterclaim Plaintiffs | |
| v. | |
| REXAM BEVERAGE CAN COMPANY | |
| Counterclaim Defendant. | |

Upon the motion of Ball Metal Beverage Container Corp. and Rexam Beverage Can Company, for good cause shown and pursuant to the Protective Order in this case (Dkt. 15) and Local Rule 5.2.1(a), Ball and Rexam are hereby granted leave to file under seal unredacted versions of their Reply Memorandum in Support of Their Motion in Limine No. 7 Regarding Crown's Belatedly Disclosed Expert Yaguchi and of exhibits to such that contain Protected Materials.

SO ORDERED.

Date: 4-4.19

Judge Walter H. Rice