IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Counterclaim Defendant. | Civil Action No. 3:12-cv-0033 (WHR) |

## ORDER

Upon the motion of Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown"), for good cause shown, Crown is hereby granted leave to file its Memorandum in Opposition to the Motions *in Limine* of Ball Metal Beverage Container Corp. and Rexam Beverage Can Company, and supporting exhibits, under seal. It is understood that Crown will also file a redacted version of its memorandum with the Court's eFiling system.

Date: 4-21-19

Honorable Walter H. Rice
United States District Judge

COPIES TO:

David C. Greer, Trial Attorney (0009090)
dcg@biesergreer.com
James H. Greer, Trial Attorney (0046555)
jhg@biesergreer.com
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45202
(937) 223-3277

Dale M. Heist (pro hac vice)
dheist@bakerlaw.com
John F. Murphy (pro hac vice)
johnmurphy@bakerlaw.com
Aaron Bruce Rabinowitz (pro hac vice)
arabinowitz@bakerlaw.com
Daniel J. Goettle (pro hac vice)
dgoettle@bakerlaw.com
Alaina J. Lakawicz (pro hac vice)
alakawicz@bakerlaw.com
Baker & Hostetler LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc.*

John D. Luken, Trial Attorney (0013326)
Joshua A. Lorentz (0074136)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
john.luken@dinsmore.com
joshua.lorentz@dinsmore.com

*Attorneys for Ball Metal Beverage Container Corp. and Rexam Beverage Can Company*