IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC.,<br><br>Defendants and Counterclaim Plaintiffs,<br><br>v.<br><br>REXAM BEVERAGE CAN COMPANY,<br><br>Counterclaim Defendant. | Civil Action No. 3:12-cv-0033 (WHR) |

## **ORDER**

Upon the motion of Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown"), for good cause shown, Crown is hereby granted leave to file their Reply Memorandum in Support of their Motion in Limine, and supporting exhibits, under seal. It is understood that Crown will also file a redacted version of its memorandum with the Court's eFiling system.

Date: 4.29.19

Honorable Walter H. Rice
United States District Judge

COPIES TO:

David C. Greer, Trial Attorney
Atty Reg. No: 0009090
dcg@biesergreer.com
James H. Greer, Trial Attorney
Atty Reg. No: 0046555
jhg@biesergreer.com
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45202
(937) 223-3277

Dale M. Heist (pro hac vice)
dheist@bakerlaw.com
John F. Murphy (pro hac vice)
johnmurphy@bakerlaw.com
Aaron Bruce Rabinowitz (pro hac vice)
arabinowitz@bakerlaw.com
Daniel J. Goettle (pro hac vice)
dgoettle@bakerlaw.com
Alaina J. Lakawicz (pro hac vice)
alakawicz@bakerlaw.com
Baker & Hostetler LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc.*

John D. Luken, Trial Attorney (0013326)
Joshua A. Lorentz (0074136)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
john.luken@dinsmore.com
joshua.lorentz@dinsmore.com

*Attorneys for Ball Metal Beverage Container Corp. and Rexam Beverage Can Company*