AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Ball Metal Beverage Container Corp  )
*Plaintiff*                         )
v.                                  )   Civil Action No. 3:12-cv-33
Crown Packaging Technology, Inc. et al )
*Defendant*                         )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff Ball Metal Bev. Corp and against Defendants Crown Packaging Tech Inc. and Crown Cork & Seal USA, Inc. on Complaint. Judgment in favor of Counterclaim Defendants Ball Metal Bev.Container Corp. and Rexam Bev Can Com. and against Defendants Counterclaim Plaintiffs Crown Packaging Tech, Inc. and Crown Cork & Seal USA Inc Infringement Counterclaims

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rce _____ on a motion for

Date: 9/25/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk of Deputy