IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> Defendants/Counterclaim Plaintiffs <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY <br><br> Counterclaim Defendant. | Civil Action No. 3:12-cv-0033 (WHR) |

## ORDER

This matter is before the Court upon *Ball and Rexam's Unopposed Motion for Leave to File Under Seal Their Forthcoming Motion for Leave to Substitute an Expert Witness and Supporting Declaration of Edmund Gillest*. The Court, having considered the Motion, for good cause shown, hereby **GRANTS** the Motion. Plaintiff/Counterclaim Defendant Ball Metal Beverage Container Corporation and Counterclaim Defendant Rexam Beverage Can Company are hereby given leave to file their motion for leave to substitute for Mr. Gillest and Mr. Gillest's supporting declaration under seal.

IT IS SO ORDERED.

Dated: 5-16-3 , 2023

_____
UNITED STATES DISTRICT COURT JUDGE

1