IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP, | : |
| Plaintiff/Counterclaim Defendant, | : |
| vs. | : Case No.  3:12cv33 |
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | : JUDGE WALTER H. RICE |
| Defendants/Counterclaim Plaintiffs | : |
| vs. | : |
| REXAM BEVERAGE CAN COMPANY, | : |
| Counterclaim Defendant. | : |

DECISION AND ENTRY OVERRULING, AT THIS TIME, BALL AND REXAM'S JOINT REQUEST FOR A STATUS CONFERENCE

Counsel for Ball Metal Beverage Container Corporation and Rexam Beverage Can Company have requested, by email, a status conference with this Court. Said Motion is OVERRULED, at this time, due to the lack of necessity.

The Court is well aware of the upcoming trial date and the fact that deadlines have slipped in this matter. Without going into a great deal of detail, certain staffing issues have arisen, putting this Court behind on several pieces of pending litigation, insofar as ruling on potentially dispositive motions and, if not dispositive, motions that can materially affect the

presentation of the trial. Accordingly, while this Court regrets, sincerely so, the slippage in these dates, it can think of no reason for a status conference, where counsel justifiably indicate the hardships caused by lack of ruling on certain critical motions, to be followed by the Court making an explanation of the difficulties presently confronting it, difficulties which are absolutely no responsibility of counsel.

By stating above that the request for a status conference is OVERRULED "at this time," the Court is more than willing, should the slippage continue for another ten to fourteen days, to convene such a status conference.

July 11, 2023

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record