# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., | * |
| | * |
| Plaintiff & Counterclaim Defendant, | * |
| v. | Case No.: 3:12-CV-00033 (WHR) |
| | * |
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | * |
| | * |
| Defendants & Counterclaim Plaintiffs, | * |
| v. | * |
| REXAM BEVERAGE CAN COMPANY, | * |
| Counterclaim Defendant. | * |

## ORDER

Upon the unopposed Motion of Counterclaimants Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc., and for good cause shown, IT IS HEREBY ORDERED that the briefing on Counter Defendants' Bill of Costs is stayed unless and until this Court's Judgment is affirmed by the U.S. Court of Appeals for the Federal Circuit and mandated back to the District Court.

Date: 9-26-23

Honorable Walter H. Rice
United States District Judge

4854-8234-2530, v. 1